UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BISON BUILDING | § | CASE NO. 09-34452-H2-11 |
| HOLDINGS, INC., *et al.*, | § | (Chapter 11 – Jointly Administered) |
| | § | |
| Debtors. | § | |

**APPLICATION FOR AUTHORITY TO EMPLOY
WOODROCK & CO. AS THE DEBTORS' INVESTMENT BANKER
PURSUANT TO §§ 327, 328 AND 330 OF THE BANKRUPTCY CODE**

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON FEBRUARY 1, 2010 AT 10:00 A.M. IN COURTROOM 400, 515 RUSK AVENUE, HOUSTON, TEXAS. THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING SPECIFICALLY ANSWERING EACH PARAGRAPH OF THIS PLEADING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE PRIOR TO THE HEARING DATE. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

**To the Honorable Wesley W. Steen
United States Bankruptcy Judge:**

Bison Building Holdings, Inc., Bison Building Materials, LLC, Bison Building GP, Inc., HLBM Company, Milltech, Inc., Bison Building Materials Nevada, LLC, Bison Multi-Family Sales, LLC and Bison Construction Services, LLC (the "Debtors") file this Application for Authority to Employ WoodRock & Co. ("WoodRock") as the Debtors' Investment Banker pursuant to §§ 327, 328 and 330 of the Bankruptcy Code (the "Application").

**Jurisdiction and Venue**

1.  This Court has jurisdiction to consider this application pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

1796967v1

**Background**

2. On June 28, 2009, the Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

**Application to Employ**

3. The Debtors seek entry of an order authorizing the retention of WoodRock as the Debtors' investment banker in these cases under §§ 327, 328 and 330 of the Bankruptcy Code. The Debtors desire to employ WoodRock to provide financial advisory and investment banking services to assist the Debtors in their attempts to raise capital and explore strategic alternatives in connection with their formulation of a plan of reorganization.

4. WoodRock is a Texas corporation that provides, among other things, financial advisory, strategic planning, and restructuring services to emerging growth and middle-market companies throughout the country. WoodRock is based in Houston, Texas and maintains offices at 4265 San Felipe Street, Suite 600, Houston, Texas 77027.

5. John P. Dennis, III is a Principal and Managing Director of WoodRock and will have primary responsibility for the services to be provided to the Debtors. Mr. Dennis founded WoodRock in April 1998 and has vast experience in deal origination and selection, deal and project leadership, strategy, and business management in various industries. Since founding the firm, Mr. Dennis has executed over $6 billion in transactions. Mr. Dennis' direct number at WoodRock is (713) 654-0912. WoodRock's fax number is (713) 750-0529.

6. The Debtors have selected WoodRock because of its considerable experience in providing the types of services necessary to raise capital and explore various other strategic alternatives in small and midsize companies. The Debtors believe that WoodRock possesses the

requisite resources and is both highly qualified and uniquely able to perform the services contemplated herein.  The services to be provided by WoodRock are outlined in the engagement letter attached hereto as **Exhibit 1**.

## Compensation and Reimbursement of Expenses

7.     Subject to the Court's approval, as described in greater detail in the engagement letter attached as **Exhibit 1**, WoodRock will charge the following fees for its services:

- Financial Advisory Services Fee –WoodRock will be paid a one-time Financial Advisory Services Fee of $75,000.00 in connection with developing the Debtors' financial memorandum and assisting the Debtors in pursuing available options. The Financial Advisory Services Fee will be payable in monthly installments, starting with a $25,000.00 payment upon entry of an order approving WoodRock's engagement, with subsequent payments of $15,000.00 being due every 30-days thereafter.  The Financial Advisory Services Fee will be credited against any Financial Transaction Fee or M&A Transaction Fee (described below) earned in connection with the engagement, subject to the $250,000.00 "floor" (described below).

- Financial Transaction Fee – For all equity capital and/or debt capital committed and received by the Debtors, WoodRock will be paid a cash fee equal to (i) the greater of 5.00% of the gross amount of any equity capital raised and actually received by the Debtors or $250,000; and (ii) the greater of 2.00% of the gross amount of any debt capital actually received by the Debtors or $250,000.00.

- M&A Transaction Fee – With respect to any M&A Transaction (as defined in the engagement letter), WoodRock will be paid the greater of 3.50% of the total transaction value of the M&A Transaction or $250,000.00.

With respect to any transaction involving a combination of the foregoing (i.e., equity capital, debt capital and/or M&A Transaction), WoodRock will be paid the greater of the aggregate of the Financial Transaction Fee and M&A Transaction Fee or $250,000.00.  In the event of multiple transactions, the $250,000.00 "floor" will only apply once.  Transactions involving the Pat Bierschwale or any of his affiliates or family members shall not result in a Financial Transaction or M&A Transaction Fee.

8. The Debtors will also reimburse WoodRock for actual out-of-pocket expenses such as travel, meals and lodging expenses, expenses for presentation and financial materials, and legal fees and expenses.

9. Payment for services and reimbursement of expenses, as set forth above, will be made only after application is made pursuant to §§ 330 and/or 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and/or as otherwise ordered by this Court.

## WoodRock is Disinterested

10. Except as set forth in the attached affidavit, to the best of the Debtors' knowledge, WoodRock has no other connection with the Debtors, their creditors, any other parties-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee and are "disinterested persons" within the definition of Section 101(14) of the Bankruptcy Code. *See* Attached Affidavit.

11. Moreover, the Debtors believe that WoodRock does not represent or hold any interests adverse to the Debtors, their bankruptcy estate, creditors, equity security holders, or affiliates in the matters on which WoodRock is to be engaged.

Accordingly, the Debtors respectfully request that the Bankruptcy Court enter an order pursuant to §§ 327, 328 and 330 of the Bankruptcy Code (i) authorizing the retention of WoodRock as the Debtors' financial advisor; and (ii) granting all such other relief as is just.

**Dated: January 12, 2010.**

                                        Respectfully submitted,

                                        **Porter & Hedges, L.L.P.**

                                        /s/ Joshua W. Wolfshohl
                                        David R. Jones
                                        Joshua W. Wolfshohl
                                        State Bar No. 24038592
                                        1000 Main, 36th Floor
                                        Houston, Texas 77002
                                        (713) 226-6653
                                        (713) 226-6253 (Facsimile)
                                        **Attorneys for the Debtors**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing instrument was duly served by United States first class mail to all parties listed on the attached Service List and by electronic transmission to all registered ECF users appearing in the case on January 12, 2010.

                                        /s/ Joshua W. Wolfshohl
                                        Joshua W. Wolfshohl

## SERVICE LIST

**Debtors**
Bison Building Holdings, Inc., et al
1445 West Sam Houston Parkway
Houston, TX 77043

**Counsel for Debtor**
David R. Jones
Joshua W. Wolfshohl
Porter & Hedges, L.L.P.
1000 Main Street, 36th Floor
Houston, TX 77002

**U.S. Trustee**
Hector Duran
Office of the U.S. Trustee
515 Rusk, Suite 3516
Houston, TX 77002

**Counsel for Unsecured Creditors Committee**
Michael H. Traison
Miller, Canfield, Paddock & Stone, PLC
225 W. Washington, Suite 2600
Chicago, IL 60606

**Unsecured Creditors Committee**

Lumbermens Merchandising Corp.
Attn: David Gonze
137 W. Wayne Ave.
Wayne, PA 19087

Bluelinx Corporation
Attn: Dale Baird
4300 Wildwood Parkway
Atlanta, GA 30339

ECMD, Inc.
Attn: John M. Harwell
P.O. Box 130
North Wilkesboro, NC 28659

Eagle Forest Products, Inc.
Attn: Joseph Contestabile
4201 N. Wingren Drive, Suite 212
Irving, TX 75062

Dixie Plywood Company of Houston
Attn: Larry Ward
P.O. Box 2328
Savannah, GA 31402

**Secured Creditors**

Boise Building Solutions Distribution, LLC
1111 West Jefferson Street
P.O. Box 50
Boise, ID 83728

General Electric Capital Business Credit
109000 NE 4th Street, Suite 500
Bellevue, WA 98004

Sun Life Assurance Company of Canada
One Sun Life Executive Park
Wellesley Hills, MA 02481

The Buying Source, LLC
2312 Dry Pocket Road
Greer, SC 29650

**30 Largest Unsecured Creditors**

Sun Life Assurance Company of Canada
One Sun Life Executive Park
Wellesley Hills, MA 02481

Frost National Bank
c/o Frost Leasing
100 West Houston Street
San Antonio, TX 78205

Wachovia Financial Services, Inc.
201 South Jefferson Street
Roanoke, VA 22011

1639253v1

Tracy Sambrano
c/o Klitsas & Vercher, P.C.
550 Westcott, Suite 570
Houston, TX 77007

Hyster Capital
c/o NMHG Financial Services, Inc.
10 Riverview Drive
Danbury, CT 06810

The Buying Source, Inc.
P.O. Box 933314
Atlanta, GA 33193-3314

Lumbermen's Merchandising Corp.
Dept. CH 10505
Palatine, IL 60055-0505

Steves & Sons\
P.O. Box 910753
Dallas, TX 75391

JW Millwork
Attn: Jeff Fischer
5225 Hampton Place
Saginaw, MI 48604

Southwest Moulding Co.
P.O. Box 650013
Dallas, TX 75265-0013

Eric Cranfill
10252 Cude Cemetary Road
Willis, TX 77318

Jimmy Nassour and John Lewis
c/o The John Lewis Company
1717 W. 6th Street, Suite 390
Austin, TX 78703

RSL, Inc.
P.O. Box 714877
Columbus, OH 43271-4877

Bluelinx Corporation
P.O. Box 730514
Dallas, TX 75373-0514

East Coast Moulding, Inc.
P.O. Box 130
N. Wilkesboro, NC 28659

Hardwoods Specialty Products US, LP
P.O. Box 6306
Arlington, TX 76005

Bloch Lumber Company
123 N. Wacker Drive, Suite 1350
Chicago, IL 60606

Mitel Leasing, Inc.
P.O. Box 972629
Dallas, TX 75397

Premdor Entry Systems
Division of Masonite Corp.
P.O. Box 102930
Atlanta, GA 30368-2930

Cedar Creek Lumber of Texas, Inc.
Dept. No. 291
P.O. Box 21228
Tulsa, OK 74121-0228

Endura Products, Inc.
P.O. Box 651613
Charlotte, NC 28265-1613

De Lage Landen Financial Services
111 Old Eagle School Road
Wayne, PA 19087

Anthony Forest Products, Co.
P.O. Box 1877
El Dorado, AR 71731

Crest Metal Doors, Inc.
P.O. Box 2774
San Antonio, TX 78299-2774

DW Distribution
P.O. Box 671449
Dallas, TX 75267-1449

Huttig Building Products
36913 Treasury Center
Chicago, IL 60694-6900

Investor Trucks II, LLC
P.O. Box 19849
Houston, TX 77224

Maxitile, Inc.
849 E. Sandhill Ave.
Carson, GA 90746

Pennsylvania Lumbermens
P.O. Box 827925
Philadelphia, PA 19182-7925

Dixie Plywood Company – N0105
P.O. Box 930440
Atlanta, GA 31193

TNRG Property Services, LLC
15120 Northwest Freeway, Suite 190
Houston, TX 77040

Alamo Forest Products
P.O. Box 17258
San Antonio, TX 78217-0258

ITW Building Components
P.O. Box 3129
Carol Stream, IL 60132-3129

Eagle Forest Products
P.O. Box 141823
Irving, TX 75014-1823

Cedar Creek Lumber-Tulsa
Dept. No. 289
P.O. Box 21228
Tulsa, OK 74121-1228

Arlene Stained Glass & Door Company
10440 Holly Springs Dr.
Houston, TX 77042

Berry Plastics Corporation
2240 Momentum Place
Chicago, IL 60689-5322

**Parties Requesting Notice**

The Frost National Bank
c/o L. David Smith
Chernosky, Smith, Ressling & Smith, PLLC
4646 Wild Indigo, Suite 110
Houston, TX 77027

Wachovia Bank, NA
c/o Bruce H. White
William L. Medford
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201

Sun Life Assurance Company of Canada
c/o Randy Williams
Allison D. Byman
Thompson & Knight, LLP
333 Clay Street, Suite 3300
Houston, TX 77002-4499

Crest Metal Doors, Inc.
c/o Ronald J. Johnson
Law Offices of Ronald J. Johnson
111 Soledad, Suite 1350
San Antonio, TX 78205

Crest Metal Doors, Inc.
c/o Peter J. Stanton
Law Office of Peter J. Stanton
111 Soledad, Suite 1350
San Antonio, TX 78205

Steves and Sons, Inc.
c/o Ronald J. Johnson
Law Offices of Ronald J. Johnson
111 Soledad, Suite 1350
San Antonio, TX 78205

Steves and Sons, Inc.
c/o Peter J. Stanton
Law Office of Peter J. Stanton
111 Soledad, Suite 1350
San Antonio, TX 78205

TW Telecom, Inc.
c/o Linda Boyle
10475 Park Meadows Drive, Suite 400
Littleton, CO 80124

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

James A. Hoffman
Clemens & Spencer
112 East Pecan Street, Suite 1300
San Antonio, TX 78205

Winnifred P. Boylan
Susan M. Cook
Lambert, Leser, Isackson, Cook & Giunta
916 Washington Ave., Suite 309
Bay City, MI 48708

MaryJo Bellew
Saul Ewing, LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

Jim Hundley
Wyatt Early Harris Wheeler, LLP
P.O. Box 2086
High Point, NC 27261

L. G. Clinton, III
10528 Tanner Road
Houston, TX 77041

KVAL, Inc.
Attn: Stacy Klemm
825 Petaluma Blvd. South
Petaluma, CA 94952

James G. Rea
McGuire, Craddock & Strother, P.C.
500 N. Akard, Suite 3550
Dallas, TX 75201

Clayton D. Ketter
David F. Staber
Akin Gump Strauss Hauer & Feld, LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201

AN/WRI Partnership, Ltd.
c/o Weingarten Realty Investors
Attn: Jenny J. Hyun, Esq.
2600 Citadel Plaza Drive, Suite 125
Houston, TX 77008

Monica S. Blacker
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX 75201

W. Jason Walker
Andrews Myers Coulter & Hayes, P.C.
3900 Essex Lane, Suite 800
Houston, Texas 77027-5198

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

David G. Aelvoet
Linebarger Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

Michael J. Darlow
Perdue, Brandon, Fielder, Collins & Mott
1235 North Loop West, Suite 600
Houston, TX 77008

1639253v1          4

F. Beth Morgan
Morgan & Luttrell, LLP
711 Navarro, Suite 210
San Antonio, TX 78205

Spring Branch I.S.D.
c/o Owen M. Sonik
Perdue, Brandon, Fielder, Collins & Mott
1235 North Loop West, Suite 600
Houston, TX 77008

William B. Finkelstein
Daniel I. Morenoff
K&L Gates, LLP
1717 Main Street, Suite 2800
Dallas, TX 75201

GE Money Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

T. Ernest Freeman
1770 St. James Place, Suite 120
Houston, TX 77056

Kim G. Yelton
Attorney at Law
1714 California
Houston, TX 77006

John Y. Bonds, III
Brandon Jones
Shannon, Gracey, Ratliff & Miller
777 Main Street, Suite 3800
Fort Worth, TX 76102

ETS Corporation of Detroit
320 High Tide Drive, Suite 201
St. Augustine, FL 32080

Kathy Barkley
Prime Source Office Solutions
403 Carl St.
Houston, TX 77009-7707

Westland Enterprises
c/o Elizabeth M. Guffy
711 Louisiana, Suite 3100
Houston, TX 77002

Matthew T. Wright
Wright Law Group, PLLC
12620 FM 1960 West
Suite A-4, Box 304
Houston, TX 77065

Matthew Hoffman
Law Offices of Matthew Hoffman
2777 Allen Parkway, Suite 1000
Houston, TX 77019

Golf Cars of Houston
Attn: Renee Pummer
11219 North Freeway
Houston, TX 77037

Marwin West Distribution Company
Attn: Jeff Chiesa
P.O. Box 9126
Columbia, SC 29290

Lashley & Associates Inc.
c/o Robert J. Mackay
P.O. Box 1601
Missouri City, TX 77459-1601

Susan C. Mathews
Adams and Reese, LLP
1221 McKinney, Suite 4400
Houston, TX 77010

Gaiennie Lumber Co.
P.O. Box 1240
Opelousas, LA 70571-1240

Maxtile, Inc.
c/o Randolph L. Rhett
101 California Street, Suite 2450
San Francisco, CA 94111

Mary E. Barr
1532 13th Avenue N.
Texas City, TX 77590

Dianne Barbosa
Activant Solutions, Inc.
804 Las Cimas Parkway
Austin, TX 78746

Eileen Miggins Hohlt
McDaniel Hohlt, P.C.
3555 Timmons, Suite 1225
Houston, TX 77027

L. David Smith
Chernosky, Smith, Ressling
& Smith, PLLC
4646 Wild Indigo, Suite 110
Houston, Texas 77027

Patrick L. Hughes
Peter C. Ruggero
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, TX 77010

Kevin P. Walters
Prisidha A. Govender
Chaffe McCall, L.L.P.
815 Walker Street, Suite 953
Houston, TX 77002

Douglas D. D'Arche
Michelle Benavides
Baker & Hostetler, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002

Clayton E. Mayfield
Linebarger Goggan Blair & Sampson
1148 Park Street
Beaumont, TX 77701-3614

Mark Browning
c/o Sherri K. Simpson
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Premier Trailer Leasing, Inc.
c/o Robert Saldutti, Esq.
800 North Kings Highway, Suite 300
Cherry Hill, NJ 08034

Eastex Forest Products
5429 Hartwick Rd.
Houston, TX 77093