UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BISON BUILDING | § | CASE NO. 09-34452-H2-11 |
| HOLDINGS, INC., *et al.*, | § | |
| | § | |
| Debtors. | § | |

## NOTICE OF PLAN DISTRIBUTIONS

**To all Creditors and Parties-in-Interest:**

Attached hereto is a list of distributions made as of August 4, 2010 pursuant to the confirmed plan in this case and/or final orders of the Bankruptcy Court.

**Dated: August 21, 2010.**

**Porter & Hedges, L.L.P.**

By: _____
David R. Jones
State Bar No. 00786001/S.D.Tex. No. 16082
Joshua W. Wolfshohl
State Bar No. 24038592
1000 Main, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6253 (Facsimile)
**Counsel for H. Malcolm Lovett, Jr.,
Liquidating Trustee**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument shall be duly served by electronic transmission to all registered ECF users appearing in this case on August 21, 2010.

_____
David R. Jones

**Bison Building Holdings, Inc., et al**
**Case No. 09-34452**
**Notice of Distribution**
**As of August 4, 2010**

| Creditor | Allowed Amount | Payments Rec'd/ Credits | Distribution Amount | Payment Date |
|---|---:|---:|---:|:---:|
| **Allowed 503(b)(9) Claims** | | | | |
| Andy's Hardware | 179.21 | 14.25 | 164.96 | 07.02.10 |
| Anthony Forest Products | 51,040.96 | - | 51,040.96 | 07.02.10 |
| Bluelinx Corporation | 32,570.21 | 2,589.32 | 29,980.89 | 07.02.10 |
| Boise Building Solutions | 1,123,846.48 | 226,257.29 | 897,589.19 | 07.02.10 |
| Botkin Lumber | 33,281.27 | 2,645.85 | 30,635.42 | 07.02.10 |
| Breco Trucking | 41,781.64 | 3,321.63 | 38,460.01 | 07.02.10 |
| Bruske Enterprises, Inc. | 348.17 | 27.68 | 320.49 | 07.02.10 |
| Cedar Creek, Inc. | 50,983.73 | 4,053.19 | 46,930.54 | 07.02.10 |
| Century Industries | 25,233.20 | - | 25,233.20 | 07.02.10 |
| Dixie Plywood | 8,808.41 | - | 8,808.41 | 07.02.10 |
| DW Distribution Inc. | 23,600.44 | - | 23,600.44 | 07.02.10 |
| East Coast Moulding | 189,937.46 | 15,099.97 | 174,837.49 | 07.02.10 |
| Hampton Lumber Holdings, Inc. | 21,842.24 | - | 21,842.24 | 07.02.10 |
| Hampton Lumber Sales | 613.32 | - | 613.32 | 07.02.10 |
| Hardwoods Specialty Products | 118,684.00 | 9,435.34 | 109,248.66 | 07.02.10 |
| Huttig Building Products | 19,465.36 | 1,547.49 | 17,917.87 | 07.02.10 |
| ITW Building Components Group, Inc. | 32,292.87 | 2,567.27 | 29,725.60 | 07.02.10 |
| Jet Products LLC | 5,504.66 | 437.62 | 5,067.04 | 07.02.10 |
| JW Millwork, LLC | 321,054.88 | 25,523.76 | 295,531.12 | 07.02.10 |
| Lashley & Associates, Inc. | 2,533.10 | 201.38 | 2,331.72 | 07.02.10 |
| Lumbermens Merchandising Corporation | 267,873.64 | - | 267,873.64 | 07.02.10 |
| National Mail Corporation | 19,750.49 | 1,570.16 | 18,180.33 | 07.02.10 |
| North Pacific | 3,849.22 | 306.01 | 3,543.21 | 07.02.10 |
| Oil Patch Brazos Valley, Inc. | 17,625.62 | 1,401.23 | 16,224.39 | 07.02.10 |
| Primesource Building Products | 2,351.95 | 186.98 | 2,164.97 | 07.02.10 |
| RH Tamlyn & Sons | 21,216.90 | 1,686.74 | 19,530.16 | 07.02.10 |
| RSL Woodworking Products | 24,075.78 | 1,914.02 | 22,161.76 | 07.02.10 |
| Simpson Strong Tie Co., Inc. | 43,545.99 | - | 43,545.99 | 08.02.10 |
| Southwest Moulding | 139,857.28 | 77,362.72 | 62,494.56 | 07.02.10 |
| Strouhal Tire Co., Inc. | 11,060.05 | 879.27 | 10,180.78 | 07.02.10 |
| The Marwin Company, Inc. | 9,997.12 | - | 9,997.12 | 07.02.10 |
| The Private Bank | 371,215.41 | 29,511.51 | 341,703.90 | 07.02.10 |
| Timberline Forest Products | 25,382.78 | 2,017.92 | 23,364.86 | 07.02.10 |
| Woodgrain Millwork | 19,286.32 | 1,533.26 | 17,753.06 | 07.02.10 |
| **Total Allowed 503(b)(9) Claims** | **$ 3,080,690.16** | **$ 412,091.86** | **$ 2,668,598.30** | |
| | | | | |
| **Allowed Cure Amounts** | | | | |
| Lumbermens Merchandising Corporation | 183,000.00 | - | 183,000.00 | 07.02.10 |
| JW Millwork, LLC | 180,000.00 | - | 180,000.00 | 07.02.10 |
| Frost National Bank | 396,343.18 | - | 396,343.18 | 07.02.10 |
| NMHG Financial Services, Inc. | 110,406.81 | - | 110,406.81 | 07.02.10 |
| Old Bastrop Road, Ltd. | 24,766.00 | - | 24,766.00 | 07.02.10 |
| **Total Allowed Cure Amounts** | **$ 894,515.99** | **$ -** | **$ 894,515.99** | |
| | | | | |
| **Allowed Priority Tax Claims** | | | | |
| Texas Comptroller of Public Accounts | 232,153.73 | - | 232,153.73 | 07.02.10 |
| Harris County, et al | 294,725.62 | - | 294,725.62 | 07.02.10 |
| Montgomery County | 227,331.11 | - | 227,331.11 | 07.02.10 |
| City of Pearland | 4,046.90 | - | 4,046.90 | 07.02.10 |
| Fort Bend County | 145,400.04 | - | 145,400.04 | 07.02.10 |
| City of Rosenberg | 26,424.35 | - | 26,424.35 | 07.02.10 |
| Galveston County | 46,906.41 | - | 46,906.41 | 07.02.10 |
| Bexar County | 386.40 | - | 386.40 | 07.02.10 |
| Irving ISD | 10,713.86 | - | 10,713.86 | 07.02.10 |
| Dallas County | 8,592.24 | - | 8,592.24 | 07.02.10 |
| Spring Branch ISD | 212,509.73 | - | 212,509.73 | 07.02.10 |
| Klein ISD | 37,041.43 | - | 37,041.43 | 07.02.10 |
| Brazoria County Tax Office | 2,324.60 | - | 2,324.60 | 07.02.10 |
| City of El Paso | 4,349.59 | - | 4,349.59 | 07.02.10 |
| **Total Allowed Priority Tax Claims** | **$ 1,252,906.01** | **$ -** | **$ 1,252,906.01** | |