UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BISON BUILDING | § | CASE NO. 09-34452-H2-11 |
| HOLDINGS, INC., *et al.*, | § | |
| | § | |
| | § | |
| **Debtors.** | § | |

## NOTICE OF PLAN DISTRIBUTIONS

**To all Creditors and Parties-in-Interest:**

Attached hereto is a list of distributions made as of March 30, 2011 pursuant to the confirmed plan in this case and/or final orders of the Bankruptcy Court.

**Dated: March 30, 2011.**

        **Porter Hedges LLP**

By: /s/ Joshua W. Wolfshohl
David R. Jones
State Bar No. 00786001/S.D.Tex. No. 16082
Joshua W. Wolfshohl
State Bar No. 24038592
1000 Main, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6253 (Facsimile)
**Counsel for H. Malcolm Lovett, Jr.,
Liquidating Trustee**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument shall be duly served by electronic transmission to all registered ECF users appearing in this case on March 30, 2011.

        /s/ Joshua W. Wolfshohl
        Joshua W. Wolfshohl

Bison Building Holdings, Inc., et al
Case No. 09-34452
Notice of Distribution
As of March 29, 2011

| Creditor | INITIAL DISTRIBUTION | | | | INTEREST DISTRIBUTION | |
|---|---|---|---|---|---|---|
| | Allowed Amount | Payments Rec'd/ Credits | Distribution Amount | Payment Date | Distribution Amount | Payment Date |

**Allowed Administrative Claims**

| Creditor | Allowed Amount | Payments Rec'd/ Credits | Distribution Amount | Payment Date |
|---|---|---|---|---|
| 4 Guys Interactive | 1,202.40 | - | 1,202.40 | 12.14.10 |
| 7611 Railhead Lane, LP | 88,264.75 | - | 88,264.75 | 08.24.10 |
| Airgas Southwest | 31.50 | - | 31.50 | 12.14.10 |
| Allied Waste Services #852 | 512.44 | - | 512.44 | 12.14.10 |
| Alpine Lumber Sales, Inc. | 4,053.50 | - | 4,053.50 | 08.24.10 |
| American Int'l Forest Products | 12,382.24 | - | 12,382.24 | 12.14.10 |
| American Lumber | 2,912.00 | - | 2,912.00 | 12.14.10 |
| Amsco Windows | 966.41 | - | 966.41 | 12.14.10 |
| Andy's Hardware | 179.21 | 14.25 | 164.96 | 07.02.10 |
| Anthony Forest Products | 51,040.96 | - | 51,040.96 | 07.02.10 |
| Apple Courier | 383.00 | - | 383.00 | 12.14.10 |
| Arthur Cox & Sons | 2,722.40 | - | 2,722.40 | 12.14.10 |
| BBM, LLC 401(k) Retirement & Savings Plan | 4,784.00 | - | 4,784.00 | 03.07.11 |
| Bloch Lumber Acquisition | 20,559.87 | - | 20,559.87 | 12.14.10 |
| Bluelinx Corporation | 32,570.21 | 2,589.32 | 29,980.89 | 07.02.10 |
| Boise Building Solutions | 1,123,846.48 | 226,257.29 | 897,589.19 | 07.02.10 |
| Boomerang Packaging | 4,322.00 | - | 4,322.00 | 12.14.10 |
| Botkin Lumber | 33,281.27 | 2,645.85 | 30,635.42 | 07.02.10 |
| Breco Trucking | 41,781.64 | 3,321.63 | 38,460.01 | 07.02.10 |
| Bruske Enterprises, Inc. | 348.17 | 27.68 | 320.49 | 07.02.10 |
| Burke Material Handling, LLC | 1,287.28 | - | 1,287.28 | 12.14.10 |
| CCD-Bammel Rd. Ltd. | 64,856.91 | - | 64,856.91 | 12.14.10 |
| CCI-MBM III, L.P. | 15,347.13 | - | 15,347.13 | 12.14.10 |
| Cedar Creek Lumber | 10,383.18 | - | 10,383.18 | 12.14.10 |
| Cedar Creek, Inc. | 50,983.73 | 4,053.19 | 46,930.54 | 07.02.10 |
| Century Industries | 25,233.20 | - | 25,233.20 | 07.02.10 |
| Cintas First Aid & Safety | 162.29 | - | 162.29 | 12.14.10 |
| Cintas R.U.S, LP #084 | 390.00 | - | 390.00 | 12.14.10 |
| Citicouriers International, In | 6,248.16 | - | 6,248.16 | 12.14.10 |
| City of Aurora (1) | 454.15 | - | 454.15 | 12.14.10 |
| Conroe Truck & Trailer | 480.20 | - | 480.20 | 12.14.10 |
| Conroe Welding Supply | 217.80 | - | 217.80 | 12.14.10 |
| Cortera, Inc. | 17.86 | - | 17.86 | 12.14.10 |
| CSC Credit Services | 85.59 | - | 85.59 | 12.14.10 |
| D & S Wrecker Service | 600.00 | - | 600.00 | 12.14.10 |
| Dan Wheeler Wrecker Service | 1,355.00 | - | 1,355.00 | 12.14.10 |
| David Lehew | 100.00 | - | 100.00 | 12.14.10 |
| Davis Bros. Auto Supply #2 | 1,044.96 | - | 1,044.96 | 12.14.10 |

**Bison Building Holdings, Inc., et al**
**Case No. 09-34452**
**Notice of Distribution**
**As of March 29, 2011**

| Creditor | Allowed Amount | INITIAL DISTRIBUTION Payments Rec'd/ Credits | Distribution Amount | Payment Date | INTEREST DISTRIBUTION Distribution Amount | Payment Date |
|---|---|---|---|---|---|---|
| Dixie Plywood | 8,808.41 | - | 8,808.41 | 07.02.10 | | |
| Dixie Plywood Company | 13,237.40 | - | 13,237.40 | 12.14.10 | | |
| Dorma Group NA | 373.80 | - | 373.80 | 12.14.10 | | |
| Dragonfly Investments, LLC | 34,650.00 | - | 34,650.00 | 12.14.10 | | |
| Dunbarton Corporation | 505.56 | - | 505.56 | 12.14.10 | | |
| DW Distribution Inc. | 23,600.44 | - | 23,600.44 | 07.02.10 | | |
| East Coast Moulding | 1,129.48 | - | 1,129.48 | 12.14.10 | | |
| East Coast Moulding | 189,937.46 | 15,099.97 | 174,837.49 | 07.02.10 | | |
| Ed Alexander | 369.51 | - | 369.51 | 12.14.10 | | |
| Entergy | 3,662.60 | - | 3,662.60 | 12.14.10 | | |
| Euler Hermes ACI | 7,392.88 | - | 7,392.88 | 08.24.10 | | |
| First Choice Power | 2,547.26 | - | 2,547.26 | 12.14.10 | | |
| Fleet Fueling Management | 4,930.93 | - | 4,930.93 | 12.14.10 | | |
| Flexi-Van Leasing | 115.04 | - | 115.04 | 12.14.10 | | |
| Forward Edge | 100.00 | - | 100.00 | 12.14.10 | | |
| G&K Services | 218.55 | - | 218.55 | 12.14.10 | | |
| Gaiennie Lumber Co. | 7,542.30 | - | 7,542.30 | 08.24.10 | | |
| Hampton Lumber Holdings, Inc. | 21,842.24 | - | 21,842.24 | 07.02.10 | | |
| Hampton Lumber Sales | 53,170.62 | - | 53,170.62 | 12.14.10 | | |
| Hampton Lumber Sales | 613.32 | - | 613.32 | 07.02.10 | | |
| Hardwoods Specialty Products | 14,871.35 | - | 14,871.35 | 12.14.10 | | |
| Hardwoods Specialty Products | 118,684.00 | 9,435.34 | 109,248.66 | 07.02.10 | | |
| Heights Commercial Paint | 76.48 | - | 76.48 | 12.14.10 | | |
| Hon. Edie Connelly (1) | 570.00 | - | 570.00 | 12.14.10 | | |
| Houston Drive Train | 182.05 | - | 182.05 | 12.14.10 | | |
| Huttig Building Products | 19,465.36 | 1,547.49 | 17,917.87 | 07.02.10 | | |
| IKON Financial Services | 617.85 | - | 617.85 | 12.14.10 | | |
| Independent Propane Company | 68.45 | - | 68.45 | 12.14.10 | | |
| Insurance Information Exchange | 28.37 | - | 28.37 | 12.14.10 | | |
| Intertek Testing | 463.75 | - | 463.75 | 12.14.10 | | |
| Investors Trucks II, LLC | 20,600.00 | - | 20,600.00 | 08.31.10 | | |
| Investors Trucks, Ltd. | 3,000.00 | - | 3,000.00 | 08.31.10 | | |
| ITW Building Components | 1,446.39 | - | 1,446.39 | 12.14.10 | | |
| ITW Building Components Group, Inc. | 32,292.87 | 2,567.27 | 29,725.60 | 07.02.10 | | |
| Jet Products LLC | 5,504.66 | 437.62 | 5,067.04 | 07.02.10 | | |
| JW Millwork | 24,999.72 | - | 24,999.72 | 12.14.10 | | |
| JW Millwork, LLC | 321,054.88 | 25,523.76 | 295,531.12 | 07.02.10 | | |
| Kevin Stewart | 980.00 | - | 980.00 | 09.13.10 | | |
| Lashley & Associates, Inc. | 2,533.10 | 201.38 | 2,331.72 | 07.02.10 | | |

Bison Building Holdings, Inc., et al
Case No. 09-34452
Notice of Distribution
As of March 29, 2011

| Creditor | INITIAL DISTRIBUTION | | | | INTEREST DISTRIBUTION | |
|---|---|---|---|---|---|---|
| | Allowed Amount | Payments Rec'd/ Credits | Distribution Amount | Payment Date | Distribution Amount | Payment Date |
| Lumbermen's Merchandising Corp | 116,193.36 | - | 116,193.36 | 12.14.10 | | |
| Lumbermens Merchandising Corporation | 267,873.64 | - | 267,873.64 | 07.02.10 | | |
| Mediterranean Shipping Company | 160.00 | - | 160.00 | 12.14.10 | | |
| Mitel NetSolutions, Inc. | 3,340.61 | - | 3,340.61 | 02.18.11 | | |
| MJB Wood Group, Inc. | 29,668.96 | - | 29,668.96 | 02.18.11 | | |
| Morgan Moore Construction | 419.51 | - | 419.51 | 12.14.10 | | |
| Myers Tire Supply | 39.69 | - | 39.69 | 12.14.10 | | |
| NACM of South Texas | 70.00 | - | 70.00 | 12.14.10 | | |
| Napa Auto Parts | 652.54 | - | 652.54 | 12.14.10 | | |
| National Mail Corporation | 19,750.49 | 1,570.16 | 18,180.33 | 07.02.10 | | |
| Neopost | 368.72 | - | 368.72 | 12.14.10 | | |
| Neopost | 254.33 | - | 254.33 | 12.14.10 | | |
| North Pacific | 3,849.22 | 306.01 | 3,543.21 | 07.02.10 | | |
| Nova HealthCare Centers | 1,050.61 | - | 1,050.61 | 12.14.10 | | |
| O. C. Tanner Recognition Co. | 3,324.70 | - | 3,324.70 | 12.14.10 | | |
| Occupational Health Centers of | 17.00 | - | 17.00 | 12.14.10 | | |
| Oil Patch Brazos Valley, Inc. | 17,625.62 | 1,401.23 | 16,224.39 | 07.02.10 | | |
| Omar Colindres | 135.31 | - | 135.31 | 12.14.10 | | |
| One Source Toxicology | 195.00 | - | 195.00 | 12.14.10 | | |
| O'Reilly Auto Parts | 7,168.44 | - | 7,168.44 | 12.14.10 | | |
| Ozarka | 374.36 | - | 374.36 | 12.14.10 | | |
| Phoenix Industrial Tire | 7,581.39 | - | 7,581.39 | 12.14.10 | | |
| Pinal County Treasurer | 5,456.06 | - | 5,456.06 | 12.14.10 | | |
| Premier Trade Solutions | 218.71 | - | 218.71 | 12.14.10 | | |
| Primesource Building Products | 2,351.95 | 186.98 | 2,164.97 | 07.02.10 | | |
| Qwest Corporation | 38.39 | - | 38.39 | 12.14.10 | | |
| Ranger Lift Trucks and Finance | 1,449.78 | - | 1,449.78 | 12.14.10 | | |
| Republic Door Frames | 1,013.34 | - | 1,013.34 | 12.14.10 | | |
| Republic Waste Services | 10,743.73 | - | 10,743.73 | 12.14.10 | | |
| RH Tamlyn & Sons | 21,216.90 | 1,686.74 | 19,530.16 | 07.02.10 | | |
| Roofing Insulation Supply | 1,818.05 | - | 1,818.05 | 12.14.10 | | |
| RSL Woodworking Products | 24,075.78 | 1,914.02 | 22,161.76 | 07.02.10 | | |
| Safety Wear | 412.87 | - | 412.87 | 12.14.10 | | |
| Santiago David Montante | 760.00 | - | 760.00 | 12.14.10 | | |

Bison Building Holdings, Inc., et al
Case No. 09-34452
Notice of Distribution
As of March 29, 2011

| Creditor | Allowed Amount | INITIAL DISTRIBUTION Payments Rec'd/ Credits | Distribution Amount | Payment Date | INTEREST DISTRIBUTION Distribution Amount | Payment Date |
|---|---|---|---|---|---|---|
| Secretary of State of Texas | 13.00 | - | 13.00 | 12.14.10 | | |
| Simpson Strong Tie Co., Inc. | 43,545.99 | - | 43,545.99 | 08.02.10 | | |
| Simpson Strong Tie Company | 3,006.42 | - | 3,006.42 | 12.14.10 | | |
| Southern Supply Inc. | 206.29 | - | 206.29 | 12.14.10 | | |
| Southwest Moulding | 14,734.45 | - | 14,734.45 | 12.14.10 | | |
| Southwest Moulding | 139,857.28 | 77,362.72 | 62,494.56 | 07.02.10 | | |
| Southwest Transload & Distribution Co. | 11,470.86 | - | 11,470.86 | 09.13.10 | | |
| Spradling Pest Control | 555.02 | - | 555.02 | 12.14.10 | | |
| Standard Insurance | 4,076.00 | - | 4,076.00 | 12.14.10 | | |
| Strouhal Tire Co., Inc. | 11,060.05 | 879.27 | 10,180.78 | 07.02.10 | | |
| Strouhal Tire Conroe | 316.00 | - | 316.00 | 12.14.10 | | |
| Strouhal Tire Rosharon | 616.34 | - | 616.34 | 12.14.10 | | |
| Superior Communications | 40.59 | - | 40.59 | 12.14.10 | | |
| Tatum, LLC | 3,553.87 | - | 3,553.87 | 08.16.10 | | |
| TD Industries, Ltd. | 523.87 | - | 523.87 | 12.14.10 | | |
| Tejas Office Products | 3,890.02 | - | 3,890.02 | 12.14.10 | | |
| Texas Truck Centers of Houston | 9,039.26 | - | 9,039.26 | 12.14.10 | | |
| The Buying Source, Inc. | 96,895.95 | - | 96,895.95 | 12.14.10 | | |
| The Home Depot | 224.58 | - | 224.58 | 12.14.10 | | |
| The Marwin Company, Inc. | 9,997.12 | - | 9,997.12 | 07.02.10 | | |
| The Penrod Company | 3,730.00 | - | 3,730.00 | 12.14.10 | | |
| The Private Bank | 371,215.41 | 29,511.51 | 341,703.90 | 07.02.10 | | |
| Timberline Forest Products | 25,382.78 | 2,017.92 | 23,364.86 | 07.02.10 | | |
| Trac Lease, Inc. | 479.49 | - | 479.49 | 12.14.10 | | |
| Trinity Forest Industries, Inc | 11,829.35 | - | 11,829.35 | 08.24.10 | | |
| UPI Builders | 91.92 | - | 91.92 | 12.14.10 | | |
| Verizon Wireless | 1,943.40 | - | 1,943.40 | 12.14.10 | | |
| W. W. Grainger | 247.32 | - | 247.32 | 12.14.10 | | |
| Walter Powell | 315.60 | - | 315.60 | 12.14.10 | | |
| Waste Management | 2,801.24 | - | 2,801.24 | 12.14.10 | | |
| Wells Fargo Bank, N.A. | 5,405.25 | - | 5,405.25 | 08.23.10 | | |
| Westfield Urgent Care | 23.00 | - | 23.00 | 12.14.10 | | |
| Wood Alternator & Starter | 156.96 | - | 156.96 | 12.14.10 | | |
| Woodgrain Millwork | 19,286.32 | 1,533.26 | 17,753.06 | 07.02.10 | | |
| Woodland Forest Products | 19,937.15 | - | 19,937.15 | 08.24.10 | | |
| Woodworker's Tool | 2,568.40 | - | 2,568.40 | 12.14.10 | | |
| Worldwide Door Components | 6,727.00 | - | 6,727.00 | 12.14.10 | | |
| Xerox Corporation | 738.86 | - | 738.86 | 12.14.10 | | |
| Total Allowed Administratice Claims | $ 3,923,750.44 | $ 412,091.86 | $ 3,511,658.58 | | | |

Bison Building Holdings, Inc., et al
Case No. 09-34452
Notice of Distribution
As of March 29, 2011

| Creditor | INITIAL DISTRIBUTION | | | | INTEREST DISTRIBUTION | |
|---|---|---|---|---|---|---|
| | Allowed Amount | Payments Rec'd/ Credits | Distribution Amount | Payment Date | Distribution Amount | Payment Date |
| **Allowed Cure Amounts** | | | | | | |
| Frost National Bank | 396,343.18 | - | 396,343.18 | 07.02.10 | | |
| JW Millwork, LLC | 180,000.00 | - | 180,000.00 | 07.02.10 | | |
| Lumbermens Merchandising Corporation | 183,000.00 | - | 183,000.00 | 07.02.10 | | |
| NMHG Financial Services, Inc. | 110,406.81 | - | 110,406.81 | 07.02.10 | | |
| Old Bastrop Road, Ltd. | 24,766.00 | - | 24,766.00 | 07.02.10 | | |
| **Total Allowed Cure Amounts** | $ 894,515.99 | $ - | $ 894,515.99 | | | |
| **Allowed Priority Tax Claims** | | | | | | |
| Bexar County | 386.40 | - | 386.40 | 07.02.10 | | |
| Brazoria County Tax Office | 2,324.60 | - | 2,324.60 | 07.02.10 | | |
| City of Aurora | 28.00 | - | 28.00 | 02.08.11 | | |
| City of El Paso | 4,349.59 | - | 4,349.59 | 07.02.10 | 23.18 | 08.12.10 |
| City of Pearland | 4,046.90 | - | 4,046.90 | 07.02.10 | | |
| City of Rosenberg | 26,424.35 | - | 26,424.35 | 07.02.10 | 260.98 | 08.12.10 |
| Dallas County | 8,592.24 | - | 8,592.24 | 07.02.10 | 242.81 | 08.12.10 |
| Fort Bend County | 145,400.04 | - | 145,400.04 | 07.02.10 | 515.53 | 08.12.10 |
| Harris County, et al | 294,725.62 | - | 294,725.62 | 07.02.10 | 8,724.00 | 08.12.10 |
| Irving ISD | 10,713.86 | - | 10,713.86 | 07.02.10 | 17,683.54 | 08.12.10 |
| Jefferson County | - | - | - | | 642.83 | 08.12.10 |
| Klein ISD | 37,041.43 | - | 37,041.43 | 07.02.10 | 845.10 | 08.12.10 |
| Montgomery County | 227,331.11 | - | 227,331.11 | 07.02.10 | 13,639.87 | 08.12.10 |
| Spring Branch ISD | 212,509.73 | - | 212,509.73 | 07.02.10 | | |
| State of Florida (1) | 152.00 | - | 152.00 | 02.08.11 | | |
| State of New Mexico (1) | 88.07 | - | 88.07 | 02.08.11 | | |
| Texas Comptroller of Public Accounts | 232,153.73 | - | 232,153.73 | 07.02.10 | | |
| **Total Allowed Priority Tax Claims** | $ 1,206,267.67 | $ - | $ 1,206,267.67 | | $ 42,577.84 | |

(1) Distribution was returned by Creditor because there was no liability owed by the Debtor.