UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/14/2011

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BISON BUILDING | § | CASE NO. 09-34452-H2-11 |
| HOLDINGS, INC., *et al.*, | § | |
| | § | |
| Debtors. | § | |
| H. MALCOLM LOVETT, JR., | § | |
| LIQUIDATING TRUSTEE, | § | |
| | § | |
| vs. | § | **Contested Matter** |
| | § | **(Objection to Claim)** |
| EASTEX FOREST PRODUCTS, | § | |
| | § | |
| Claimant. | § | |

## ORDER ON CLAIM OBJECTION

Eastex Forest Products' scheduled general unsecured claim [Docket No. 163] is disallowed.

SIGNED this 14 day of April, 2011.

_____
THE HONORABLE MARVIN ISGUR,
CHIEF UNITED STATES BANKRUPTCY JUDGE

