UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| BISON BUILDING | § CASE NO. 09-34452-H2-11 |
| HOLDINGS, INC., *et al.*, | § (Chapter 11 – Jointly Administered) |
| | § |
| Debtors. | § |

**AMENDED STIPULATION REGARDING CLAIM OF**
**LAFOURCHE PARISH SCHOOL BOARD**
[Claim No. 163, Case No. 09-34452]

1. H. Malcolm Lovett, Jr., Liquidating Trustee under the confirmed First Amended Joint Chapter 11 Plan of Reorganization (the "Plan"), and LaFourche Parish School Board (the "Claimant") stipulate and agree that Claim No. 163 filed by the Claimant in the amount of $10,994.69 is hereby withdrawn.

2. The Claimant shall receive no distributions under the Plan.

Signed this 9th day of May, 2011.

**AGREED:**

**Porter Hedges LLP**

/s/ Joshua W. Wolfshohl
David R. Jones
State Bar No. 00786001/S.D.Tex. No. 16082
Joshua W. Wolfshohl
State Bar No. 24038592
1000 Main, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6253 (Facsimile)
**Counsel for H. Malcolm Lovett, Jr., the Liquidating Trustee**

and

Patrick M. Amedee, Attorney
PO Box 1092
Thibodaux, Louisiana 70302
**Counsel for LaFourche Parish School Board**