UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BISON BUILDING | § | CASE NO. 09-34452-H2-11 |
| HOLDINGS, INC., *et al.*, | § | |
| | § | |
| Debtors. | § | |

## NOTICE OF QUARTERLY REPORT

H. Malcolm Lovett, Jr. (the "Liquidating Trustee"), Liquidating Trustee under the Debtors' confirmed First Amended Joint Chapter 11 Plan of Reorganization (the "Plan"), files this Notice of Quarterly Report for the period ending June 30, 2011.

## Quarterly Report

1.   Pursuant to the Liquidating Trust Agreement, the Liquidating Trustee is to file a report of receipts and disbursements with the Court within 35 days after the end of each calendar quarter.  Attached as **Exhibit 1** is the Trust's report for the quarter ending June 30, 2011.

**Dated: July 13, 2011.**

Respectfully submitted,

**Porter Hedges LLP**

By:   /s/ David R. Jones
David R. Jones
State Bar No. 00786001/S.D.Tex. No. 16082
Joshua W. Wolfshohl
State Bar No. 24038592
1000 Main, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 226-6253 (Facsimile)
**Counsel for H. Malcolm Lovett, Jr.,
Liquidating Trustee**

# EXHIBIT 1

**Bison Creditors Liquidating Trust**
**Case No. 09-34452**
**Assets and Liabilities, Receipts and Disbursements and Recap of Activities**
**For the Quarter ended June 30, 2011**

| | |
|---|---:|
| **Cash as of March 31, 2011** | **10,548,058.03** |
| Funds received from preference claim agreements and/or settlements | 101,174.02 |
| Other refunds and receipts | 2,669.80 |
| Total Receipts from April 1 through June 30, 2011 | 103,843.82 |
| Employee Health Plan and Occupation Plan Administrative Expenses paid pursuant to Plan | 226.22 |
| Administrative and Priority Distributions paid pursuant to Plan | 676,736.41 |
| Trustee and Strategic Capital Corporation fees | 136,979.73 |
| Legal Fees - Porter & Hedges and Miller Canfield Paddock & Stone | 362,974.39 |
| Other Expenses Paid | 9,609.25 |
| Total Disbursements from April 1 through June 30, 2011 | 1,186,526.00 |
| **Cash as of June 30, 2011 (Note 1)** | **9,465,375.85** |

Note 1 - Other than professional fees incurred but not paid as of quarter-end, liabilities of the Trust are comprised of pre petition and certain administrative claims subject to pending adversary resolution.

Note 2 - Trustee activities during the quarter ending June 30, 2011 include the following:
1. Treasury management functions and controls
2. Managing tax compliance matters.
3. Effecting payment of allowed administrative, priority and secured claims.
4. Maintaining claims register, reviewing claims and objecting to or settling disputed claims.
5. Managing adversary proceedings including preference actions.